**In re Dan NEAL and Mary Neal, Debtors.**

**Dan NEAL and Mary Neal, Movants,**

v.

**UNITED STATES of America.**

**Civ. A. No. 5:93–CV–058–C.**

United States District Court,
N.D. Texas,
Lubbock Division.

March 25, 1993.

Nancy M. Koenig, Asst. U.S. Atty., Lubbock, TX, for appellant.

Mike Calfin, Harding, Bass, Fargason & Booth, Lubbock, TX, for debtors, appellees.

**ORDER**

CUMMINGS, District Judge.

Upon consideration of the United States of America's Motion to Vacate Order and to Remand, the Court finds:

1. The United States of America filed a Notice of Appeal January 4, 1993 with the United States Bankruptcy Court indicating its intention to appeal the Bankruptcy Court's "Order on Debtors' Motion to Avoid Liens" and the "Memorandum of Opinion on Lien Avoidance, both of which are dated December 21, 1992 and were entered on December 24, 1992. The Memo-

randum of Opinion has been reported at 148 B.R. 468.

2. This appeal was docketed on March 11, 1993.

3. This appeal is now moot because of the settlement between the parties.

4. The debtors do not oppose the Motion.

The United States of America's Motion is well-founded and should be granted. It is therefore

ORDERED that the Bankruptcy Court's "Order on Debtors' Motion to Avoid Liens" and its supporting "Memorandum of Opinion on Lien Avoidance" are hereby vacated; and it is further

ORDERED that this proceeding is remanded to the Bankruptcy Court with instructions to dismiss the Debtors' Motion to Avoid Non–Possessory, Non–Purchase Money Security Interest Pursuant to the Texas Property Code and 11 U.S.C. § 522(f)(2).